Deonta R. **TAYLOR**, Appellant,

v.

**STATE** of Missouri, Respondent.

**WD 78069**

Missouri Court of Appeals,
Western District.

FILED: April 26, 2016

Susan L. Hogan, Kansas City, for appellant.

Dora Fichter, Jefferson City, for respondent.

Before Division One: Lisa White Hardwick, Presiding Judge, Thomas H. Newton and Cynthia L. Martin, Judges

### ORDER

Per Curiam

Deonta R. Taylor appeals from the judgment denying his Rule 29.15 motion after he was convicted of two counts of first-degree murder and two counts of armed criminal action. Upon review of the briefs and the record, we find no error and affirm the judgment. We have provided the parties with a Memorandum explaining the reasons for our decision, because a published opinion would have no precedential value.

AFFIRMED. Rule 84.16(b)